**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 112537
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brendalin Iesha Lugo, individually and on behalf of all others similarly situated, | Docket No: 2:17-cv-02877-JS-ARL |
| Plaintiff, | |
| -against- | |
| Midland Credit Management, Inc., | ORDER |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: July 26, 2017

SO ORDERED:

/s/ JOANNA SEYBERT

Joanna Seybert, USDJ
Dated: Aug. 1, 2017
Central Islip, NY

**BARSHAY SANDERS, PLLC**

By: ____/s Craig B. Sanders____
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 112537
*Attorneys for Plaintiff*

The Clerk of the Court is directed to mark the case CLOSED.